PHILLIP A. TALBERT
Acting U.S. Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-MC-00097-TLN-AC |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $104,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Derrick Tavon Faulcon ("claimant" or "Faulcon"), by and through their respective counsel, as follows:

1.     On or about February 17, 2016, claimant Faulcon filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $104,300.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 9, 2015.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

1   forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

2   currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

3   forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of

4   the parties.  That deadline is May 17, 2016.

5        4.     By Stipulation and Order filed May 16, 2016, the parties stipulated to extend to July 15,

6   2016, the time in which the United States is required to file a civil complaint for forfeiture against the

7   defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

8   forfeiture.

9        5.     By Stipulation and Order filed July 13, 2016, the parties stipulated to extend to August

10  15, 2016, the time in which the United States is required to file a civil complaint for forfeiture against

11  the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

12  forfeiture.

13       6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

14  October 14, 2016, the time in which the United States is required to file a civil complaint for forfeiture

15  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

16  subject to forfeiture.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation to Extend Time to File Complaint

1    7.    Accordingly, the parties agree that the deadline by which the United States shall be

2 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3 alleging that the defendant currency is subject to forfeiture shall be extended to October 14, 2016.

4 Dated:    8/8/16                         PHILLIP A. TALBERT
                                           Acting United States Attorney
5
                                           /s/ Kevin C. Khasigian
6                                          KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney
7

8 Dated:    8/8/16                          /s Dwight M. Samuel
                                           DWIGHT M. SAMUEL
9                                          Attorney for Claimant Derrick Tavon Faulcon
                                           (As authorized via email)
10

11

12    IT IS SO ORDERED.

13 Dated: August 11, 2016

14

15

16                                         Troy L. Nunley
                                           United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

                                  3